# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2020

161056 & (16)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

HEATHER MARIE GOSNICK,
        Defendant-Appellant.

SC: 161056
COA: 350636
Washtenaw CC: 18-001224-AR

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 17, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2020



Clerk

t0317